AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

FILED

| | | |
|---|---|---|
| Knorly Smith | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:11CV616 |
| Friedman & MacFadyen, P.A., et als. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Friedman & MacFadyen, P.A.
c/o Samuel J. Kaufman, Registered Agent
15521 Midlothian Turnpike, Suite 300
Midlothian, VA 23113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  SEP 16 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| Knorly Smith | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:11CV616 |
| Friedman & MacFadyen, P.A., et als. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miriam S. Fuchs
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 16 2011

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Knorly Smith | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. **3:11CV616** |
| Friedman & MacFadyen, P.A., et als. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Menchel
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **SEP 16 2011**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Knorly Smith ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  **3:11CV616** |
| Friedman & MacFadyen, P.A., et als. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kenneth J. MacFadyen
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **SEP 1 6 2011**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

**Richmond Division**

| | | |
|---|---|---|
| Knorly Smith | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  **3:11CV616** |
| Friedman & MacFadyen, P.A., et als. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James J. Loftus
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 16 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
**Richmond Division**

| | | |
|---|---|---|
| Knorly Smith | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **3:11CV616** |
| Friedman & MacFadyen, P.A., et als. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey Huston
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **SEP 1 6 2011**

*Signature of Clerk or Deputy Clerk*