AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Knorly Smith ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:11CV616 |
| Friedman & MacFadyen, P.A., et als. ) | |
| *Defendant* ) | |

FILED
OCT 13 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Menchel
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 16 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniel Menchel c/o Friedman ~ Macfadyen, P.A.
was received by me on *(date)* 9-27-2011.

☒ I personally served the summons on the individual at *(place)* 210 East Redwood St, Totman Bldg, Ste 400, Baltimore, MD 21202 on *(date)* 9-28-2011; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9-30-2011

Greg Mace
*Server's signature*

Greg Mace, Process Server
*Printed name and title*

908 York Rd, 2nd Fl, Towson, MD 21204
*Server's address*

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

United States District Court For The Eastern District Of Virginia
Richmond Division

**Case#-** 3:11cv616
**Plaintiff-** Knorly Smith
**Defendant-** Daniel Menchel C/o Friedman & Macfadyen, P.A.

=======Person Served / Description / Date, Time / Address=======
Daniel Menchel C/o Friedman & Macfadyen, P.A. (or Serve On Any One Authorized To Accept)
White, Male, 5-8, 210lbs, 65yrs, , HAIR- , EYES-   Served date: 9-28-2011 / served time: 3:30 pm
210 East Redwood Street, Totman Bldg., Ste 400, Baltimore, Md 21202
================================ Documents Delivered =========
Writ Of Summons And Complaint

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, In An Individual Capacity And Or As Owner, And Or As President, And Or As Resident Agent And Or As Manager, Or Authorized To Accept On Behalf, Etc.

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.   (>>2011<<)
Executed on: 9-28-2011         *Greg Mace*
                        Greg    Mace   /   Out File#- 350384
L.P.I, Inc., 908 York Road, 2nd floor, Towson, Md 21204 410-823-4444
Server Birth Date-1-4-1972 Attorney File#-.
>>2011<<

<u>*DON'T SIT ON CASES, YOU MUST FAX US BEFORE- 10-2-2011*</u>
˜ᴾS Circle: ST/EV/BD  LPI Pulled:___ >>2011<<     Writ Of Summons An
*Serves f#:443-503-1918/Bad F#:410-823-1649/Status/Evade f#:443-703-2301*

SERVE ON-    Daniel Menchel C/o Friedman & Macfadyen, P.A. (or Serve On Any One Authorized To Accept)

210 East Redwood Street, Totman Bldg., Ste 400, Baltimore, Md 21202

Serve On The Appropriate Individual Who Accepts And Is Authorized To Receive These Documents, Get Name And Title - "do Not Just Serve A Secretary" Call Us Directly From Your Location For Help!

Served by: Personal _X_ ; Co-resident/Subserve____;Posted Front Door____
Print F/L Name of Person Served _Daniel Menchel_ Relationship:_Attorney_
cousin/mother/brother/sister/roommate/wife/SELF/Co-Resident/occupant
<Served Date- _9/28/11_____and Time- _3:30_____am/(pm)      DON'T SERVE IF NO NAME!
RACE: _White_ SEX: _M_ APPROX HGT: _5'8"_ APPROX WGT: _210_

DOB:_____ APPROX.AGE:_65_ EYES-       HAIR- _Gray_

Scars\Marks\Tattoos:

>>> *MANDATORY CHECK LIST - ask for more time> 11-17-2011*

This Neighbor @ house#/apt#_____ Name & said_____

Current residents name_____, Relationship _____,
Years living here_____ they said-

Does the mail arrive in the defendant's name?  Yes   or   No        Did
defendant show you his/her license?  Yes or Refused
The name(s) observed on the Mailbox/Door_____

What is the APT Complex Name/PH#:_____Rental Agent Said-

Greg Mace         #-10633B Delivery# 350384  *2 Aff*>>2011<<
Served Bd/Bd no let Evade Freqs Good/DB GD-MGR Gd-Othr client#17391
Codes: focres-focres2-foc-focp2-focself-foc49-foc2 Richmond Division
LPI Checks: LPold/assmnt/411/yellow/sdat/usps/clttrust/ss#/MVA/Postal

<u>Circle All that apply:</u> Occupied, Vacant, Furniture Inside,
                           Condo, Townhouse, S.F.Home, Door Color_____

Date____Time____am/pm Sticker Mounted? physical attempts:

Date____Time____am/pm Sticker Removed? physical attempts:

Date____Time____am/pm Sticker Removed? physical attempts:

Date____Time____am/pm Sticker Removed? physical attempts: