AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Knorly Smith | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:11-cv-616 |
| Friedman & MacFadyen, P.A., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Friedman & MacFadyen, P.A., Fuchs, Huston, Loftus, MacFadyen, and Menchel     .

Date:     10/14/2011

/s/ Cullen D. Seltzer
*Attorney's signature*

Cullen D. Seltzer, Esq. (VSB No. 35923)
*Printed name and bar number*

Sands Anderson PC
2300 Bank of America Center
P.O. Box 1998
Richmond, Virginia  23218-1998
*Address*

cseltzer@sandsanderson.com
*E-mail address*

(804) 648-1636
*Telephone number*

(804) 783-7291
*FAX number*