UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KNORLY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:11-cv-616 |
| | ) |
| FRIEDMAN & MACFADYEN, P.A., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE A RESPONSIVE PLEADING

Defendants Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J. Loftus, Kenneth J. MacFadyen, and Daniel Menchel ("Defendants") move the Court for an order, pursuant to Fed. R. Civ. Pro. 6(b), extending the time for Defendants to file their responsive pleading. In support of this motion, Defendants state:

1. Plaintiff and Defendants are engaged in settlement negotiations.

2. Those negotiations include plans to engage in mediation of this matter and other matters.

3. The parties anticipate seeking an order from the Court staying this matter and other matters while the negotiation is pending.

4. To avoid incurring unnecessary costs and expense while the negotiations are pending, the parties wish to extend the time by which a responsive pleading is due in this matter.

5. The parties agree that the extension should be until the later of November 15, 2011 or until twenty-one (21) days after the expiration of any stay entered before November 15, 2011 in this case.

6. Plaintiff joins in this motion.

For the foregoing reasons, the parties respectfully request that the date by which a responsive pleading in this matter is due from Defendants be extended until the later of November 15, 2011 or until twenty-one (21) days after the expiration of any stay entered before November 15, 2011 in this case.

DATED: October 14, 2011

**Respectfully Submitted,**

**FRIEDMAN & MACFADYEN, P.A.,**
**MIRIAM S. FUCHS, JEFFREY HUSTON,**
**JAMES J. LOFTUS,**
**KENNETH J. MACFADYEN, AND**
**DANIEL MENCHEL**

**By Counsel**

<u>/s/ Cullen D. Seltzer</u>
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia 23803
Telephone: 804-861-6000
Facsimile: 804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia 22030
Telephone: 703-277-9774
Facsimile: 703-591-2149
kkelly@smillaw.com
*Counsel for Plaintiff*

Matthew James Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
Telephone: 703-273-6080
Facsimile: 888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

       /s/ Cullen D. Seltzer
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*