UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**KNORLY SMITH,**

      **Plaintiff,**

v.                                                        Civil Action No. 3:11cv616-JRS

**FRIEDMAN & MACFADYEN, P.C., et al.,**

      **Defendants.**

## PLAINTIFF'S STATEMENT RESPECTING CONSENT

Plaintiff Knorly Smith, by counsel, hereby files his Statement Respecting Consent.

Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff consents to have a United States Magistrate Judge conduct any and all further proceedings in this matter, including the trial, and order the entry of a final judgment.

                                                              Respectfully submitted,
                                                              Knorly Smith
                                                              By Counsel

___/s/_____
By: Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB#37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 (Fax)
lenbennett@cox.net
Email: lenbennett@clalegal.com

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 (Fax)
Email: matt@clalegal.com

Kristi Cahoon Kelly, VSB#72791
SUROVELL ISAACS PETERSON & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
(703) 277-9774
(703) 591-2149 (Fax)
Email: kkelly@smillaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Douglas P. Rucker, Jr., Esquire
>Andrew Biondi, Esquire
>Cullen D. Seltzer, Esquire
>SANDS ANDERSON PC
>P.O. Box 1998
>Richmond, VA 23218-1998
>Counsel for Defendants

>  /s/
>By: Dale W. Pittman, VSB#15673
>Counsel for Plaintiff
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>(804) 861-6000
>(804) 861-3368 (Fax)
>dale@pittmanlawoffice.com