UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| KNORLY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:11-cv-616 |
| | ) | |
| FRIEDMAN & MACFADYEN, P.A., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT TO JURISDICTION BY
## A UNITED STATES MAGISTRATE JUDGE

Defendants Friedman & MacFadyen, P.A., Miriam S. Fuchs, Jeffrey Huston, James J.

Loftus, Kenneth J. MacFadyen, and Daniel Menchel, by counsel, pursuant to 28 U.S.C. § 636(c)

and Fed. R.  Civ. P. 73, hereby consent to jurisdiction by a United States Magistrate Judge for

any and all further proceedings in this matter, including trial, order the entry of a final judgment,

and conduct all post-judgment proceedings.

DATED:  November 3, 2011        **Respectfully Submitted,**

                                **FRIEDMAN & MACFADYEN, P.A.,**
                                **MIRIAM S. FUCHS, JEFFREY HUSTON,**
                                **JAMES J. LOFTUS,**
                                **KENNETH J. MACFADYEN, AND**
                                **DANIEL MENCHEL**


                                **By Counsel**

2

_____/s/ Cullen D. Seltzer_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB #35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

Dale W. Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, Virginia  23803
Telephone:  804-861-6000
Facsimile:  804-861-3368
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Peterson & Levy PLC
4010 University Drive
Suite 200
Fairfax, Virginia  22030
Telephone:  703-277-9774
Facsimile:  703-591-2149
kkelly@smillaw.com
*Counsel for Plaintiff*

Matthew James Erausquin, Esq.
Consumer Litigation Associates, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia  22314
Telephone:  703-273-6080
Facsimile:  888-892-3512
matt@clalegal.com
*Counsel for Plaintiff*

Leonard A. Bennett, Esq.
Consumer Litigation Associates
763 J. Clyde Morris Boulevard
Suite 1 A
Newport News, Virginia  23601
Telephone:  757-930-3660
Facsimile:  757-930-3662
lenbennett@cox.net
*Counsel for Plaintiff*

_____/s/ Cullen D. Seltzer_____
Douglas P. Rucker, Jr. (VSB # 12776)
Andrew Biondi (VSB # 48100)
Cullen D. Seltzer (VSB # 35923)
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
(804) 648-1636
(804) 783-7291 (facsimile)
Email: drucker@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: cseltzer@sandsanderson.com
*Counsel for Defendants*