# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division



Knorly Smith

*Plaintiff*

v.

Friedman & MacFadyen, P.A., et als.

*Defendant*

Civil Action No. 3:11CV616

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jeffrey Huston
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 16 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeffrey Huston c/o Friedman + MacFadyen, P.A.
was received by me on *(date)* 9-29-2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Huston , who is
designated by law to accept service of process on behalf of *(name of organization)* Friedman +
MacFadyen, P.A. on *(date)* 10-3-2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-6-2011

Greg Mace
*Server's signature*

Greg Mace
*Printed name and title*

908 York Rd, 2nd Fl, Towson, MD 21204
*Server's address*

Additional information regarding attempted service, etc:

# PROOF OF SERVICE

United States District Court For The Eastern District Of Virginia
Richmond Division

**Case#-** 3:11cv616
**Plaintiff-** Knorly Smith
**Defendant-** Jeffrey Huston C/o Friedman & Macfadyen, P.A.

======Person Served / Description / Date, Time / Address======
Jeffrey Huston C/o Friedman & Macfadyen, P.A.
White, Male, 5-9, 160lbs, 40yrs, , HAIR- , EYES-  Served date: 10-3-2011 / served time: 3:35 pm
210 East Redwood Street, Totman Bldg., Ste 400, Baltimore, Md 21202
================== Documents Delivered ==================
Writ Of Summons And Complaint

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, In An Individual Capacity And Or As Owner, And Or As President, And Or As Resident Agent And Or As Manager, Or Authorized To Accept On Behalf, Etc.

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. (>>2011<<)
Executed on: 10-3-2011

*Greg Mace* (signature)

Greg Mace / Our File#- 350390
L.P.I, Inc., 908 York Road, 2nd floor, Towson, Md 21204  410-823-4444
Server Birth Date-1-4-1972 Attorney File#-.
>>2011<<

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Knorly Smith ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:11CV616 |
| Friedman & MacFadyen, P.A., et als. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miriam S. Fuchs
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 16 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Miriam S Fuchs c/o Friedman + MacFadyen, P.
was received by me on *(date)* 10-10-2011.

☒ I personally served the summons on the individual at *(place)* 210 East Redwood St, Totman Bldg, Ste 400, Baltimore, MD 21202 on *(date)* 10-13-2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-14-2011

Ulysses Miller, Jr
*Server's signature*

Ulysses Miller, Jr
*Printed name and title*

908 York Rd, 2nd Fl, Towson, MD 21204
*Server's address*

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

United States District Court For The Eastern District Of Virginia
Richmond Division

Case#- 3:11cv616
Plaintiff- Knorly Smith
Defendant- Miriam S Fuchs C/o Friedman & Macfadyen, P.A.

========Person Served / Description / Date, Time / Address========
Miriam S Fuchs C/o Friedman & Macfadyen, P.A.
White, Female, 5-4, 115lbs, 32yrs, , HAIR- , EYES-   Served date:
10-13-2011 / served time: 3:16 pm
210 East Redwood Street, Totman Bldg., Ste 400, Baltimore, Md 21202
================= Documents Delivered ==================
Writ Of Summons And Complaint
==================================================
I Have Effected Personal Service Upon The Individual Named Above At
The Address Listed Above, In An Individual Capacity And Or As Owner,
And Or As President, And Or As Resident Agent And Or As Manager, Or
Authorized To Accept On Behalf, Etc.

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Proof of Service is true and correct.  (>>2011<<)
Executed on: 10-13-2011

*Ulysses Miller Jr.* (signature)

Ulysses Miller, Jr. / Our File#- 350382
L.P.I, Inc., 908 York Road, 2nd floor, Towson, Md 21204 410-823-4444
Server Birth Date-3-2-1944 Attorney File#-.
>>2011<<

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Knorly Smith ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:11CV616 |
| Friedman & MacFadyen, P.A., et als. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James J. Loftus
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 16 2011

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Friedman + MacFadyen, P.A.__
was received by me on *(date)* __9-29-2011__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Kenneth MacFadyen__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Friedman + MacFadyen, P.A.__
on *(date)* __10-10-2011__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10-10-2011__

_Ulysses Miller Jr_
Server's signature

__Ulysses Miller, Jr__
Printed name and title

__908 York Rd, 2nd Fl, Towson, MD 21204__
Server's address

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

United States District Court For The Eastern District Of Virginia
Richmond Division

Case#- 3:11cv616
Plaintiff- Knorly Smith
Defendant- James J Loftus C/o Friedman & Macfadyen, P.A.

=====Person Served / Description / Date, Time / Address=====
Friedman & Macfadyen, P.A. ( Served On: Kenneth Macfadyen, Lawyer/authorized To Accept)
White, Male, 6-1, 228lbs, 71yrs, , HAIR- , EYES-   Served date: 10-10-2011 / served time: 11:00 am
210 East Redwood Street, Totman Bldg., Ste 400, Baltimore, Md 21202
===== Documents Delivered =====
Writ Of Summons And Complaint

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, In An Individual Capacity And Or As Owner, And Or As President, And Or As Resident Agent And Or As Manager, Or Authorized To Accept On Behalf, Etc.

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.  (>>2011<<)
Executed on: 10-10-2011

*Ulysses Miller, Jr.* / Our File#- 350388
L.P.I, Inc., 908 York Road, 2nd floor, Towson, Md 21204  410-823-4444
Server Birth Date-3-2-1944 Attorney File#-.
>>2011<<

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Richmond DIvision

| | |
|---|---|
| Knorly Smith | )<br>) |
| *Plaintiff* | )<br>) |
| v. | ) Civil Action No. 3:11CV616 |
| Friedman & MacFadyen, P.A., et als. | )<br>) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kenneth J. MacFadyen
c/o Friedman & MacFadyen, P.A.
210 East Redwood Street Totman Building, Suite 400
Baltimore, Maryland - 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 1 6 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kenneth J MacFadyen c/o Friedman + MacFadyen P.A.
was received by me on *(date)* 10-10-2011.

☒ I personally served the summons on the individual at *(place)* 210 East Redwood St, Totman bldg, Ste 400, Baltimore, MD 21202 on *(date)* 10-12-2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-13-2011

*Ulysses Miller Jr.*
Server's signature

Ulysses Miller Jr.
Printed name and title

908 York Rd, 2nd Fl, Towson, MD 21204
Server's address

Additional information regarding attempted service, etc:

# PROOF OF SERVICE

United States District Court For The Eastern District Of Virginia
Richmond Division

Case#- 3:11cv616
Plaintiff- Knorly Smith
Defendant- Kenneth J Macfadyen C/o Friedman & Macfadyen, P.A.

=====Person Served / Description / Date, Time / Address=====
Kenneth J Macfadyen C/o Friedman & Macfadyen, P.A. ( Served On: Kenneth Macfayden, Lawyer/authorized To Accept) White, Male, 6-1, 220lbs, 71yrs, , HAIR- , EYES-   Served date: 10-12-2011 / served time: 3:40 pm
210 East Redwood Street, Totman Bldg., Ste 400, Baltimore, Md 21202
===== Documents Delivered =====
Writ Of Summons And Complaint

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, Who Has Instructed Me That They Are Duly Authorized To Accept Service Of Process.

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.   (>>2011<<)
Executed on: 10-12-2011

Ulysses Miller Jr. / Our File#-350386
L.P.I, Inc., 908 York Road, 2nd floor, Towson, Md 21204 410-823-4444
Server Birth Date-3-2-1944 Attorney File#-.
>>2011<<