UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



KNORLY SMITH,

    Plaintiff,

v.

    Civil Action No. 3:11-CV-616

FRIEDMAN & MACFADYEN, P.A., ET AL.,

    Defendants.

## ORDER

The parties have consented to the referral of the above matter to the United States Magistrate. The District Court by the undersigned hereby reassigns Case No. 3:11-CV-616 to United States Magistrate Judge M. Hannah Lauck for all purposes.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                      /s/
              James R. Spencer
              Chief United States District Judge

ENTERED this 7th day of November 2011.