IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KNORLY SMITH,

    Plaintiff,

v.                                        Civil Action No. 3:11CV616

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## ORDER

    Given the pending Consent Motion to Stay and Consent Motion to Consolidate (Docket Nos. 19, 21) and considering the upcoming November 18, 2011 rescheduled conference call in this matter, the Court will grant, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants an extension of time in which to file responsive pleadings. Defendants shall file responsive pleadings no later than November 22, 2011 or twenty-one (21) days after the expiration of any stay entered on or before November 22, 2011 in this case.

    Let the Clerk of Court send a copy of this Order to all counsel of record.

    It is so ORDERED.

                                                          /s/
                                                  M. Hannah Lauck
                                                United States Magistrate Judge

Richmond, Virginia
Date: 11/15/11