IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN K. GOODROW,

    Plaintiff,

v.                                                                   Civil Action No. 3:11cv20

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

MICHELE MCBETH,

    Plaintiff,

v.                                                                   Civil Action No. 3:11CV479

FRIEDMAN & MACFADYEN, P.C., et al.,

    Defendants.

---

ADAM MBUNDURE,

    Plaintiff,

v.                                                                   Civil Action No. 3:11cv489

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

ALBERT C. CECCONE,

    Plaintiff,

v.                                                                   Civil Action No. 3:11CV555

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

ALLEN CHATTER,

    Plaintiff,

v.                                                                                          Civil Action No. 3:11CV613

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

LETONYA BANKS,

    Plaintiff,

v.                                                                                          Civil Action No. 3:11CV614

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

IVERY HICKS,

    Plaintiff,

v.                                                                                          Civil Action No. 3:11CV615

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

KNORLY SMITH,

    Plaintiff,

v.                                                                                          Civil Action No. 3:11CV616

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

PETER CRAWLEY,

    Plaintiff,

v.                                                            Civil Action No. 3:11CV617

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

---

LAUREL BUEL, et al.,

    Plaintiffs,

v.                                                            Civil Action No. 3:11CV716

FRIEDMAN & MACFADYEN, P.A., et al.,

    Defendants.

## **ORDER**

Before this Court are the Consent Motions to Stay and the Consent Motions to Consolidate filed in the above-styled cases. On November 18, 2011, the parties, by counsel, appeared before the Court via a conference call on the record to discuss these pending motions. For the reasons stated during the November 18, 2011 conference call, the Court GRANTS the Consent Motions to Stay and the Consent Motions to Consolidate. Accordingly, the Court ORDERS the following:

1. The above-styled cases shall be consolidated for the limited purposes of pre-trial management and mediation.

2. Proceedings in the above-styled cases shall be STAYED until March 31, 2012.

3. The parties shall initiate the agreed upon formal mediation in these matters no later than February 29, 2012.

4. Well in advance of the formal mediation, the parties shall exchange factual and legal information relevant to the mediation of these cases and shall participate in a pre-mediation conference call with the mediator of their choice.

5. The parties shall jointly file written status reports every thirty (30) days informing the Court of the status of the mediation proceeding. The first written status report shall be filed no later than December 21, 2011.

6. From this point forward, any filings in these consolidated cases shall be filed in Civil Action No. 3:11cv20.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ M. Hannah Lauck
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: 11-22-11