IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KNORLY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:11cv616 |
| | ) |
| FRIEDMAN & MACFADYEN, P.A., *et al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), this matter is hereby dismissed without prejudice as a matter of right, as none of the defendants have yet filed an answer or a motion for summary judgment.

Respectfully submitted,

_____/s/_____
Of Counsel

MATTHEW J. ERAUSQUIN, VSB No. 65434
JANELLE E. MASON, VSB No. 82389
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
matt@clalegal.com
janelle@clalegal.com

LEONARD A. BENNETT, VSB No. 37523
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
Tel: (757) 930-3660

**SO ORDERED** 8/31/12

_____/s/_____
M. Hannah Lauck
United States Magistrate Judge

Fax: (757) 930-3662
lenbennett@clalegal.com

DALE W. PITTMAN, VSB No. 15673
*Counsel for the Plaintiff*
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com

KRISTI CAHOON KELLY, VSB No. 72791
*Counsel for the Plaintiff*
SUROVELL, ISAACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel: (703) 277-9774
Fax: (703) 591-9285
kkelly@siplfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Biondi
Douglas P. Rucker, Jr.
Cullen D. Seltzer
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P.O. Box 1998
Richmond, VA 23218-1998
Tel: (804) 648-1636
Fax: (804) 783-7291
abiondi@sandsanderson.com
drucker@sandsanderson.com
cseltzer@sandsanderson.com

*Counsel for the Defendants*

                   /s/
               JANELLE E. MASON, VSB No. 82389
               *Counsel for the Plaintiff*
               CONSUMER LITIGATION ASSOCIATES, P.C.
               1800 Diagonal Road, Suite 600
               Alexandria, VA 22314
               Tel: (703) 273-7770
               Fax: (888) 892-3512
               janelle@clalegal.com